NICOLAS A. DALUISO, #163553
JOE SOLSENG, #262127
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 876-3268
Facsimile: (206) 676-9659

Attorneys for Secured Creditor,
Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 2:09-bk-21224-VZ |
| NOE COVARRUBIAS VASQUEZ AND LILIA COVARRUBIAS, | Chapter 13 |
| | Adversary Case No. 2:10-ap-02044-VZ |
| Debtor, | **ANSWER TO PLAINTIFF'S COMPLAINT** |
| NOE COVARRUBIAS VASQUEZ AND LILIA COVARRUBIAS | |
| Plaintiff, | |
| vs. | |
| Bank of America, N.A., | |
| Defendants. | |

COMES NOW the defendant Bank of America, N.A. by and through its undersigned counsel, and admits, denies and alleges as follows:

1. Answering paragraph 1 of plaintiffs' complaint, the answering defendant admits the same.

2. Answering paragraph 2 of plaintiffs' complaint, the answering defendant admits the same.

AM/COVARRUBIAS/60342-0096- 1

3. Answering paragraph 3 of plaintiffs' complaint, the answering defendant admits to the extent that the defendant holds a lien on the property. The defendant denies the property is worth $90,000.00 and asserts the subject property is worth more than the senior lien.

4. Answering paragraph 4 of plaintiffs' complaint, the answering defendant admits to the extent that defendant holds a perfected lien on the property.

5. Answering paragraph 5 of plaintiffs' complaint, the answering defendant contends that the referenced documents speak for themselves.

6. Answering paragraph 6 of plaintiffs' complaint, the answering defendant denies the same. The Answering defendant further asserts the property value is higher than the superior lien and defendant's lien is fully secured.

7. Answering paragraph 7 of plaintiffs' complaint, the answering defendant contends that the statute speaks for itself.

8. Answering paragraph 8 of plaintiffs' complaint, the answering defendant denies the same. The defendant further objects to the extent this paragraph calls for a legal conclusion.

9. Answering paragraph 9 of plaintiffs' complaint, the answering defendant admits the same.

10. Answering paragraph 10 of plaintiffs' complaint, the answering defendant denies the same.

11. Answering paragraph 11 of plaintiffs' complaint, the answering defendant denies the same.

12. Answering paragraph 12 of plaintiffs' complaint, the answering defendant contends that the referenced statutes and cases speak for themselves.

AM/COVARRUBIAS/60342-0096- 2

1  13.  Answering paragraph 13 of plaintiffs' complaint, the answering defendant contends that the referenced case speaks for itself. The defendant objects to the extent the paragraph calls for a legal conclusion.

14.  Answering paragraph 14 of plaintiffs' complaint, the answering defendant contends that the referenced case speaks for itself.

15.  Answering paragraph 15 of plaintiffs' complaint, the answering defendant contends that the paragraph calls for a legal conclusion and object to the same. The referenced statutes and cases speak for themselves.

16.  Answering paragraph 16 of plaintiffs' complaint, the answering defendant denies the same and objects to the extent the paragraph calls for a legal conclusion.

//
//
//
//
//
//
//
//
//
//
//
//
//

AM/COVARRUBIAS/60342-0096- 3

Prayer for Relief. Answering Plaintiffs' prayer for relief, the answering defendant denies the same in its entirety.

17. WHEREFORE, having fully answered the plaintiff's complaint, the answering defendant prays for relief as follows:

    1. For dismissal of plaintiff's complaint

    2. For reimbursement of attorneys' fees and costs incurred in defense of this matter pursuant to the terms of the Note and Deed of Trust.

    3. Should the plaintiffs' Complaint be granted, the defendant respectfully requests the lien remain unsecured throughout the bankruptcy case and voided only upon completion of the completion of the Chapter 13 plan.

DATED: August 3, 2010

Respectfully Submitted,
ROBINSON TAIT, P.S.

By: /s/ Nicolas A. Daluiso
    Nicolas A. Daluiso
    Attorneys for Bank of America, N.A.

AM/COVARRUBIAS/60342-0096- 4

| In Re (SHORT TITLE) | CHAPTER 13 | |
|---|---|---|
| NOE COVARRUBIAS VASQUEZ | | Adversary No: **2:10-ap-02044** |
| LILIA COVARRUBIAS | Debtor(s) | CASE NO: **2:09-bk-21224-VZ** |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Robinson Tait, PS
710 Second Avenue, Suite 710
Seattle, WA 98104

The foregoing document described **ANSWER TO PLAINTIFFS' COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 3, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| **DEBTORS' ATTORNEY:** | **CHAPTER 13 TRUSTEE:** | **U.S. TRUSTEE:** |
|---|---|---|
| Leroy Bishop Austin | Nancy K. Curry | U.S. Trustee |
| lbishopbk@yahoo.com | ecfnc@trustee13.com | United States Trustee (LA) |
| | | Ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __**August 3, 2010**__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**DEBTORS:**
Noe Covarrubias Vasquez
Lilia Covarrubias
1424 E. 67th St.,
Los Angeles, CA 90014

**JUDGE'S CHAMBERS:**
United States Bankruptcy Court - Central District of California
Attn: Honorable Vincent P. Zurzolo
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 3, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/3/2010 | Angella Murray | */s/Angella Murray* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*

**F 9013-3.1**