L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939  Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com

Attorney for Debtor(s)/Movant(s)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>NOE COVARRUBIAS VASQUEZ<br>LILIA COVARRUBIAS<br><br>Debtors | Chapter 13<br>Case No. 2:09-bk-21224-VZ<br>Adv No.: 2:10-ap-02044-VZ<br><br>STIPULATION FOR JUDGMENT ON DEBTORS' COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS PURSUANT TO 11 U.S.C. §506(a) |
| NOE COVARRUBIAS VASQUEZ<br>LILIA COVARRUBIAS<br><br>Plaintiff(s)<br><br>v<br><br>BANK OF AMERICA, N.A., its assignees and/or successors in interests; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive<br><br>Defendant(s) | HEARING DATE<br><br>DATE: 08/26/2010<br>TIME: 10:00 AM<br>CTRM: 1368 |

TO: HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; NANCY CURRY, CHAPTER 13 TRUSTEE; AND OTHER INTERESTED PARTIES:

IT IS HEREBY STIPULATED by and between Plaintiff NOE COVARRUBIAS VASQUEZ AND LILIA COVARRUBIAS, by and through his Counsel, L. Bishop Austin, and Defendant BANK OF AMERICA, N.A., its assignees and/or successors in interest, by and through its attorney of record, as follows:

1  IT IS HEREBY STIPULATED that the claim of Defendant, BANK OF AMERICA, N.A. ("Defendant"
2  herein) shall be treated as an unsecured claim during the pendency of the above Chapter 13 proceeding.
3  IT IS FURTHER STIPULATED that Defendant's Deed of Trust shall remain valid until the
4  Debtor/Plaintiff completes his Chapter 13 Plan herein and received a final discharge pursuant to 11
5  U.S.C. §1328(a).
6  IT IS FURTHER STIPULATED that Defendant Deed of Trust shall be void if and only if the
7  Debtor/Plaintiff completes his Chapter 13 Plan herein and received a final discharge pursuant to 11
8  U.S.C. §1328(a).
9  IT IS FURTHER STIPULATED that, in the event this Case is dismissed or converted to any other [*or Debtor receives a hardship discharge*]
10 Chapter, or if Relief from the Automatic Stay is granted with regard to the subject property, commonly
11 known as 1424 E. 67TH STREET, LOS ANGELES, CALIFORNIA 90001 ("the subject property") to any entity,
12 this Order voiding the lien of Defendant and treating the Claim as Unsecured shall no longer apply.
13 IT IS FURTHER STIPULATED that in the event that the holder of the first lien on the Subject
14 Property forecloses on its security interest and extinguishes Creditor's Deed of Trust prior to the
15 Debtor's completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall
16 attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at
17 the time of the sale.
18 IT IS FURTHER STIPULATED that each party shall bear their own attorneys' fees and costs
19 incurred in the present adversary case number 2:10-ap-02044-VZ and bankruptcy case number 2:09-bk-
20 21224-VZ.
21 IT IS FURTHER STIPULATED that the Hearing presently set for September 30, 2010 at 10:00 a.m.
22 in Courtroom 1368 may go off calendar.
23 It is approved as to form and content.
24 //
25 //
26 //
27
28

Dated: August 26, 2010        L BISHOP AUSTIN & ASSOCIATES

By: _____
L. Bishop Austin (SBN 175497)
Attorney for Debtor

Date: 8/26/10        ROBINSON TAIT, P.S.

By: _____
Nicolas A. Daluiso
Attorney for Secured Creditor BANK OF AMERICA, N.A.

- 3 -
STIPULATION FOR JUDGMENT ON DEBTORS' COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN PURSUANT TO 11 U.S.C. §506(a)